AARON D. FORD
 Attorney General
KYLE L. HILL, (Bar No. 16094)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Defendants*
*James Scally and Michael Minev*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS G. GARCIA,<br><br>     Plaintiff,<br><br>v.<br><br>MICHAEL MINEV, *et al.*,<br><br>     Defendant. | Case No. 3:23-cv-00535-MMD-CSD<br><br>**ORDER GRANTING<br>STIPULATION TO DISMISS<br>WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Carlos G. Garcia, *pro se*, and Defendants James Scally and Michael Minev, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Kyle L. Hill, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

///

Page **1**

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 6th day of March, 2026.                DATED this 6th day of March, 2026

                                                  AARON D. FORD
                                                  Attorney General

By:/s/  *Carlos G. Garcia*                        By: /s/ *Kyle L. Hill*

CARLOS G. GARCIA                                  KYLE L. HILL (Bar No. 16094)
Plaintiff, pro se                                 Deputy Attorney General
                                                  *Attorneys for Defendants*


**IT IS SO ORDERED**.

_____

**UNITED STATES DISTRICT**

**JUDGE DATED**: <u>March 9, 2026</u>